ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
asurur@lawhjc.com

**HALL, JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Braewood Heritage Association, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC. ALTERNATIVE LOAN TRUST 2006-33CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-33CB,<br><br>Plaintiff,<br><br>vs.<br><br>BRAEWOOD HERITAGE ASSOCIATION, INC.; NYLA G. CARSON; MARIAN L. HAMMOND; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00336-MMD-CWH<br><br>**STIPULATION TO EXTEND TIME FOR BRAEWOOD HERITAGE ASSOCIATION, INC. TO RESPOND TO MOTION [ECF NO. 22]** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, the parties, by and through their respective attorneys, stipulate as follows:

**STIPULATION**

1. Bank of New York Mellon ("Bank") filed a Motion for Judgment on the Pleadings on October 4, 2017 (the "Motion"). (ECF No. 22).

2. Responses to the Motion were due October 18, 2017.

3. On October 1, 2017, counsel for Braewood Heritage Association, Inc. tragically and unexpected lost a very close family member and was, therefore, out of the office for most of October. The Motion was filed shortly after this event and, while counsel's firm

1

proactively continued deadlines as needed, the response deadline for this Motion was inadvertently not calendared. Indeed, even if the response deadline had been calendared, counsel still would have sought this extension, albeit sooner. Counsel learned of this error upon her return and contacted Plaintiff's counsel, who stipulated to extend the deadline as a professional courtesy. The circumstances under which the response deadline was missed and the calendaring error occurred constitute excusable neglect for the late submission of this stipulation. The circumstances also demonstrate good cause for extending the response deadline.

4. Therefore, deadline for Braewood Heritage Association, Inc. to respond to the Motion is extended to Tuesday, November 28, 2017.

| Dated: November 15, 2017 | Dated: November 15, 2017 |
|---|---|
| HALL, JAFFE & CLAYTON, LLP | AKERMAN LLP |
| /s/Ashlie L. Surur<br>Ashlie L. Surur, Esq.<br>Nevada Bar No. 11290<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>*Attorneys for Braewood Heritage Association, Inc.* | /s/Natalie L. Winslow<br>Darren T Brenner, Esq.<br>Nevada Bar No. 8386<br>Natalie L Winslow, Esq.<br>Nevada Bar No. 12125<br>1160 N. Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>*Attorneys for Bank of New York Mellon* |

**ORDER**

IT IS SO ORDERED.

DATED: November 16, 2017

_____
UNITED STATES DISTRICT COURT JUDGE

2

**CERTIFICATE OF SERVICE**

I certify that on November 15, 2017, I served a true and correct copy of the foregoing **Stipulation To Extend Time For Braewood Heritage Association, Inc. To Respond To Motion [ECF No. 22]** on the following parties by electronic transmission through the Court's electronic filing system:

Darren T Brenner, Esq.
Natalie L Winslow, Esq.
Akerman, LLP
1160 N. Town Center Drive, Suite 330
Las Vegas, Nevada 89144
E: darren.brenner@akerman.com
E:  natalie.winslow@akerman.com
*Attorneys for Plaintiff*


        */s/Alexandria Raleigh*
An Employee of HALL JAFFE & CLAYTON, LLP

3